Stephen E. Jenkins (State Bar No. 97642)
Pamela L. Cox (State Bar No. 191883)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
(818) 501-3800
(818) 501-2985 (Fax)

Refer to File Number: 4158-20093272

Attorneys for Plaintiff

FILED
SEP 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, N.A., a National Association, as successor in interest to National City Bank, <br><br> Plaintiff(s), <br><br> v. <br><br> BELINDA L. SMITH, In Personam; JACOB WINDING, In Personam; B & B DREAMIN', Hull No. GMKD283C505 (the "Vessel"), its engines, machinery, appurtenances, etc In Rem, <br><br> Defendants | IN ADMIRALTY <br><br> CASE NO.: 10-CV-1916-JAM-EFB <br><br> [Proposed] ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST |

**TO THE CLERK OF THE COURT:**

The Court having received and reviewed the Plaintiff's Verified in rem Complaint for Foreclosure of a First Preferred Mortgage on a Vessel and in personam on a promissory note and Plaintiff's Request for Review, hereby approves the Plaintiff's request for a warrant of arrest to issue against the vessel B & B DREAMIN', Hull No. GMKD283C505, its engines, machinery, appurtenances, etc. and directs that the Clerk may issue the requested warrant.

DATED: 9-10-2010

_____
Magistrate Judge

1
[Proposed] **ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST**