Stephen E. Jenkins (State Bar No. 97642)
Pamela L. Cox (State Bar No. 191883)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
(818) 501-3800
(818) 501-2985 (Fax)

Refer to File Number: 4158-20093272

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, N.A., a National Association, as successor in interest to National City Bank, <br><br> Plaintiff(s), <br> v. <br> BELINDA L. SMITH, In Personam; , In Personam; B & B DREAMIN', Hull No. GMKD283C505 (the "Vessel"), its engines, machinery, appurtenances, etc In Rem, <br><br> Defendants | **CASE NO.:** 10-CV-1916-JAM-EFB <br><br> **IN ADMIRALTY** <br><br> **ORDER DEEMING VESSEL ARRESTED OR IN THE ALTERNATIVE, ORDERING ARREST OF VESSEL** |

**Plaintiff PNC BANK, N.A., a National Association** ("PNC" or "Plaintiff") **, as successor in interest to NATIONAL CITY BANK** ("NATIONAL CITY") , by and through its counsel of record Hemar, Rousso & Heald, LLP, having appeared and made the following recitals:

    1.    On or about July 20, 2010, the Complaint herein was filed praying that Defendant Vessel **B & B DREAMIN', Hull No. RGMKD283C505, her engines, tackle, accessories, equipment, furnishings and appurtenances** (collectively "the Vessel") and all other necessaries thereunder appertaining and belonging, be condemned and sold to pay Plaintiff's demands and claims and for other proper relief.

    2.    On or about September 10, 2010, the Clerk of this Court issued a Warrant for Arrest of the Vessel commanding the United States Marshal for this District to arrest and take into custody the

1  Defendant Vessel and to detain the same in his custody until further order of this Court respecting
2  same.
3     3.   On or about October 6, 2010, the Court issued its Order Appointing Substitute
4  Custodian and Authorizing Movement and Inspection of Vessel entitling National Maritime Services,
5  Inc. to assume the responsibility for safekeeping the said Vessel to act as her substitute custodian until
6  further order of this Court
7     4.   The United States Marshal for the Eastern District of California has declined to arrest
8  the Vessel on the ground that the Vessel is already in possession of the Substitute Custodian.
9     **THEREFORE, IT IS ORDERED** that:
10     The Vessel, pursuant to the Warrant for Arrest, be deemed arrested and that National Maritime
11  Services, Inc. is appointed as substitute custodian, and that the United States Marshal shall be
12  discharged from the duties and responsibilities for the safekeeping of the Vessel and held harmless
13  from any and all claims arising whatsoever out of said custodial services.
14  **OR**
15     The United States Marshal for the Eastern District of California be required to carry out and
16  effectuate this Court's previous Orders with regard to the Arrest of the Vessel and that the Vessel be
17  turned over to the custody of National Maritime Services, Inc. which was appointed as custodian of the
18  Vessel and National Maritime Services, Inc. shall retain the Vessel in its custody for possession and
19  safekeeping until further order of this Court and that National Liquidators. may move the Vessel from
20  its current location to a secure facility within the district, if necessary.
21     **IT IS FURTHER ORDERED** that Plaintiff's attorney serve a copy of this order on the owner
22  of the Vessel.
23     **IT IS FURTHER ORDERED** that the Clerk of this Court deliver three (3) certified copies of
24  this order to the United States Marshal forthwith.
25     DATED this 15th day of March, 2011.
26
27                    /s/ John A. Mendez
                      UNITED STATES DISTRICT JUDGE
28

[Proposed] **ORDER DEEMING VESSEL ARRESTED OR IN THE ALTERNATIVE, ORDERING ARREST OF VESSEL**

Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12 Floor
Encino, CA 91436
(818) 501-3800

1  Presented by:

2  HEMAR, ROUSSO & HEALD, LLP

3
   By /s/ STEPHEN E. JENKINS
4        STEPHEN JENKINS
         PAMELA L. COX
5        Attorneys for Plaintiff

**Hemar, Rousso & Heald,** LLP
15910 Ventura Boulevard, 12 Floor
Encino, CA 91436
(818) 501-3800

[Proposed] **ORDER DEEMING VESSEL ARRESTED OR IN THE ALTERNATIVE, ORDERING ARREST OF VESSEL**