```
1  Stephen E. Jenkins (State Bar No. 97642)
   Pamela L. Cox (State Bar No. 191883)
2  HEMAR, ROUSSO & HEALD, LLP
   15910 Ventura Boulevard, 12th Floor
3  Encino, California  91436
   (818) 501-3800
4  (818) 501-2985 (Fax)

5  Refer to File Number: 4158-20093272

6  Attorneys for Plaintiff
```

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, N.A., a National Association, as successor in interest to National City Bank, <br><br> Plaintiff(s), <br> v. <br> BELINDA L. SMITH, In Personam; , In Personam; B & B DREAMIN', Hull No. GMKD283C505 (the "Vessel"), its engines, machinery, appurtenances, etc In Rem, <br><br> Defendants | **CASE NO.:** 10-CV-1916-JAM-EFB <br><br> **IN ADMIRALTY** <br><br> **REVISED ORDER DEEMING VESSEL ARRESTED** |

Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor

   **Plaintiff PNC BANK, N.A., a National Association** ("PNC" or "Plaintiff") **, as successor in interest to NATIONAL CITY BANK** ("NATIONAL CITY") , by and through its counsel of record Hemar, Rousso & Heald, LLP, having appeared and made the following recitals:

   1. On or about July 20, 2010, the Complaint herein was filed praying that Defendant Vessel **B & B DREAMIN', Hull No. RGMKD283C505, her engines, tackle, accessories, equipment, furnishings and appurtenances** (collectively "the Vessel") and all other necessaries thereunder appertaining and belonging, be condemned and sold to pay Plaintiff's demands and claims and for other proper relief.

   2. On or about September 10, 2010, the Clerk of this Court issued a Warrant for Arrest of the Vessel commanding the United States Marshal for this District to arrest and take into custody the

Defendant Vessel and to detain the same in his custody until further order of this Court respecting same.

    3.    On or about October 6, 2010, the Court issued its Order Appointing Substitute Custodian and Authorizing Movement and Inspection of Vessel entitling National Maritime Services, Inc. to assume the responsibility for safekeeping the said Vessel to act as her substitute custodian until further order of this Court

    4.    The United States Marshal for the Eastern District of California has declined to arrest the Vessel on the ground that the Vessel is already in possession of the Substitute Custodian.

**THEREFORE, IT IS ORDERED** that:

The Vessel, pursuant to the Warrant for Arrest, be deemed arrested and that National Maritime Services, Inc. is appointed as substitute custodian, and that the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of the Vessel and held harmless from any and all claims arising whatsoever out of said custodial services.

**IT IS FURTHER ORDERED** that Plaintiff's attorney serve a copy of this order on the owner of the Vessel.

**IT IS FURTHER ORDERED** that the Clerk of this Court deliver three (3) certified copies of this order to the United States Marshal forthwith.

DATED this 29th day of March, 2011.


    /s/ John A. Mendez
    UNITED STATES DISTRICT JUDGE


Presented by:

HEMAR, ROUSSO & HEALD, LLP


By /s/ STEPHEN E. JENKINS
    STEPHEN JENKINS
    PAMELA L. COX
    Attorneys for Plaintiff