# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, N.A., a National Association, as successor in interest to National City Bank,<br><br>Plaintiff(s),<br><br>v.<br><br>BELINDA L. SMITH, In Personam; JACOB WINDING, In Personam; B & B DREAMIN', Hull No. GMKD283C505, its engines, machinery, appurtenances, etc In Rem,<br><br>Defendants.<br>_____<br>AND RELATED COUNTER CLAIMS | **CASE NO.:** 10-CV-1916-JAM-EFB<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE**<br><br>OLD DATE:           September 19, 2014<br>OLD TIME:            11:00 a.m.<br>OLD CTRM:          6<br><br>John A. Mendez, District Judge |

1

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE**

## ORDER CONTINUING FINAL PRETRIAL CONFERENCE

Plaintiff PNC BANK, N.A., a National Association ("PNC" or "Plaintiff"), has requested that the Final Pretrial Conference, presently scheduled for September 19, 2014, at 11:00 a.m., in Courtroom 6, be continued for approximately 60 days.  The requested continuance is based on the fact that Plaintiff has brought a Motion for Summary Judgment [Docket 113] and a Motion for Terminating Sanctions [Docket 112], both of which now stand submitted [Docket 143], and either of which could resolve the case without need for further hearing.

No objection to the requested continuance has been received from either Defendant.

Accordingly, GOOD CAUSE APPEARING, Plaintiff's request is granted as follows:

(1)     The Final Pretrial Conference is hereby continued from September 19, 2014, at 11:00 a.m., in Courtroom 6, to November 14, 2014, at 11:00 a.m., in Courtroom 6.  All related dates, including the date to file pre-trial materials, are similarly continued per Local Rule.

(2)     Jury trial of the matter is hereby continued from January 12, 2015, at 9:00 a.m., in Courtroom 6, to March 16, 2015, at 9:00 a.m., in Courtroom 6.  All related dates are similarly continued per Local Rule.

IT IS SO ORDERED.

DATED: August 12, 2014                    /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE