William J. Sexton (State Bar No. 164929)
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard
12th Floor
Encino, California 91436
(818) 501-3800 phone
(818) 501-2985 fax

Refer to File Number: 4158-20093272/WS

Attorneys for Plaintiff
PNC BANK, N.A.

**FILED**

**DEC 14 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, N.A., a National Association, as successor in interest to National City Bank, <br><br> Plaintiff(s), <br><br> vs. <br><br> BELINDA L. SMITH, In Personam; JACOB WINDING, In Personam; B & B DREAMIN', Hull No. GMKD283C505, its engines, machinery, appurtenances, etc. In Rem, <br><br> Defendants. <br><br> AND RELATED COUNTER CLAIMS | CASE NO. 10-CV-1916-JAM-EFB <br><br> **IN ADMIRALTY** <br><br> **ORDER CONFIRMING SALE WITHOUT MOTION AND AUTHORIZING RELEASE OF FUNDS TO PLAINTIFF PNC BANK, N.A.** <br><br> [Local Rule A-570(g)] <br><br> **John Mendez, United States District Judge** |

1

## ORDER CONFIRMING SALE WITHOUT MOTION

Pursuant to an Order of this Court entered October 27, 2016 [ECF 187], authorizing sale of Defendant B & B DREAMIN', Hull No. GMKD283C505, its engines, machinery, appurtenances, etc. *in rem* ("the Vessel"), and sale of the Vessel having been conducted by the United States Marshal for the Eastern District of California on November 16, 2016, at 10:00 a.m., concluded by bid of $41,000.00 by Global Capital Concepts, foreclosing the Preferred Ship Mortgage of Plaintiff PNC BANK, N.A., a National Association, as successor in interest to National City Bank, and no objections having been filed within three days following the sale.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sale of the Vessel on November 16, 2016, at 10:00 a.m., to Global Capital Concepts, in the amount of $41,000.00, pursuant to the Preferred Ship Mortgage of Plaintiff PNC BANK, N.A., a National Association, as successor in interest to National City Bank, and the same having been foreclosed, thereby foreclosing out all other liens, claims and interests subordinate thereto, in and to the Vessel, be and hereby is confirmed.

DATED: December 14, 2016

By: _____
UNITED STATES DISTRICT JUDGE