William J. Sexton (State Bar No. 164929)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard
12th Floor
Encino, California 91436
(818) 501-3800 phone
(818) 501-2985 fax

Refer to File Number: 4158-20093272/WS

Attorneys for Plaintiff
PNC BANK, N.A.

**FILED**

DEC 1 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, N.A., a National Association, as successor in interest to National City Bank, | CASE NO.  10-CV-1916-JAM-EFB |
| | **IN ADMIRALTY** |
| Plaintiff(s), | |
| vs. | **JUDGMENT OF FORECLOSURE OF PREFERRED SHIP MORTGAGE** |
| BELINDA L. SMITH, In Personam; JACOB WINDING, In Personam; B & B DREAMIN', Hull No. GMKD283C505, its engines, machinery, appurtenances, etc. In Rem. | **John Mendez, United States District Judge** |
| Defendants. | |
| AND RELATED COUNTER CLAIMS | |

## JUDGMENT OF FORECLOSURE OF PREFERRED SHIP MORTGAGE

On March 16, 2015, the Magistrate judge filed findings and recommendations herein, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days [ECF 160]. No objections were filed.  On May 14, 2015, this Court filed an order adopting the findings of the Magistrate [ECF 161].  Likewise on May 14, 2015, the Court and entered Judgment in favor Plaintiff PNC BANK, N.A. as to Plaintiff's Motion for Summary Judgment, thereby permitting sale of Defendant vessel B&B DREAMIN', a 2005 Commodore Regal recreational vessel, Hull No. GMKD283C505, its engines, machinery, appurtenances, etc. *in rem.* ("the Vessel")  [ECF 162.]

This "Judgment of Foreclosure of Preferred Ship Mortgage" supplements the existing Judgment [ECF 162] to the extent of confirming the foreclosure, as detailed herein.  In all other respects, the existing Judgment remains in full force and effect.

Following motion by Plaintiff for authority to sell the Vessel [ECF 173], this Court issued an Order authorizing sale of the Vessel [ECF 187], and the Clerk of the Court issued a Writ of Veditioni Exponas directing the United States Marshal for the Eastern District of California to sell the Vessel at public auction. [ECF 190.]  Notice of Sale was subsequently published in the Sacramento Bee, and proof of publication of such Notice was subsequently filed with the Court. [ECF 191.]

The United States Marshal for the Eastern District of California having sold the Vessel on November 16, 2016, at 10:00 a.m., and the United States Marshal for the Eastern District of California having advised the Court of its receipt of $41,000.00 from the sale and deposited such funds with the United States District Court for the Eastern District of California, and no objections having been filed within three days following the sale,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the First Preferred Ship Mortgage in favor of Plaintiff PNC BANK, N.A., a National Association, as successor in interest to National City Bank, against Defendant vessel B&B DREAMIN', a

1  2005 Commodore Regal recreational vessel, Hull No. GMKD283C505, its engines,

2  machinery, appurtenances, etc. *in rem*. (Exhibit 2 to the Complaint on file herein, ECF 1),

3  be and hereby is foreclosed, thereby foreclosing out all other liens, claims and interests

4  subordinate thereto.

5        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of the

6  Court forthwith issue payment from the sum deposited by the United States Marshal as to

7  the sale of the Vessel, in the sum of $41,000.00, and that such sum, payable to PNC Bank,

8  N.A., be transmitted to Plaintiff's counsel of record herein as follows:

9                William J. Sexton

10                **HEMAR, ROUSSO & HEALD, LLP**
              15910 Ventura Boulevard
              12th Floor

11                Encino, California  91436
              (818) 501-3800 phone

12

13

14  DATED: December 14, 2016           By: _____

15                                UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment of Foreclosure of Preferred Ship Mortgage