UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, N.A., a National Association, as successor in interest to National City Bank,<br><br>              Plaintiff,<br><br>   v.<br><br>BELINDA L. SMITH, In Personam; JACOB WINDING, In Personam; B&B DREAMIN', Hull No. GMKD283C505, its engines, machinery, appurtenances, etc. In Rem,<br><br>              Defendants. | Case No. 2:10-cv-01916 JAM-EFB |

Judgment of Foreclosure of Preferred Ship Mortgage was signed by Judge John A. Mendez on December 14, 2016 which ordered the Clerk of Court to issue payment of $41,000 from the sum deposited by the US Marshals as to the sale of the vessel. These funds are being held in the Court's registry account, as directed by the Order Adopting Findings and Recommendations signed by Judge John A. Mendez on October 27, 2016, which is an interest bearing account. The earned interest was not addressed in the Judgment of Foreclosure of Preferred Ship Mortgage signed on December 14, 2016.

The Clerk of Court is hereby directed to issue payment of any interest earned payable to PNC Bank N.A. and be transmitted to Plaintiff's counsel of record herein as follows:

> Williams J Sexton
> Hemar, Rousso & Heald, LLP
> 15910 Ventura Boulevard
> 12th Floor
> Encino, CA 91436

IT IS SO ORDERED.

Dated: December 19, 2016

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE