1  William J. Sexton (State Bar No. 164929)
   **HEMAR, ROUSSO & HEALD, LLP**
2  15910 Ventura Boulevard
   12th Floor
3  Encino, California  91436
4  (818) 501-3800 phone
   (818) 501-2985 fax
5
6  Refer to File Number: 4158-20093272/WS

7  Attorneys for Plaintiff
   PNC BANK, N.A.
8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 | PNC BANK, N.A., a National Association, | CASE NO.  10-CV-1916-JAM-EFB
13 | as successor in interest to National City Bank, |
   |                                                 | IN ADMIRALTY
14 |                                                 |
   |                Plaintiff(s),                    | [~~Proposed~~] *JAM*
15 |                                                 |
16 | vs.                                             | AMENDED ORDER CONFIRMING
   |                                                 | SALE WITHOUT MOTION AND
17 | BELINDA L. SMITH, In Personam;                  | AUTHORIZING RELEASE OF FUNDS
   | JACOB WINDING, In Personam; B & B               | TO PLAINTIFF PNC BANK, N.A.
18 | DREAMIN', Hull No. GMKD283C505, its              |
   | engines, machinery, appurtenances, etc. In      | [Local Rule A-570(g)]
19 | Rem,                                            |
20 |                                                 |
   |                Defendants.                      | John Mendez, United States District
21 |                                                 | Judge
22
23 |_____|
24 | AND RELATED COUNTER CLAIMS              |
25 |_____|
26
27
28

                                          1

## AMENDED ORDER CONFIRMING SALE WITHOUT MOTION

Pursuant to an Order of this Court authorizing sale of Defendant B & B DREAMIN', Hull No. RGMKD283C505, its engines, machinery, appurtenances, etc. *in rem* ("the Vessel")[1], and sale of the Vessel having been conducted by the United States Marshal for the Eastern District of California on November 16, 2016, at 10:00 a.m., concluded by bid of $41,000.00 by Global Capital Concepts, foreclosing the Preferred Ship Mortgage of Plaintiff PNC BANK, N.A., a National Association, as successor in interest to National City Bank, and no objections having been filed within three days following the sale,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sale of the Vessel on November 16, 2016, at 10:00 a.m., to Global Capital Concepts, in the amount of $41,000.00, pursuant to the Preferred Ship Mortgage of Plaintiff PNC BANK, N.A., a National Association, as successor in interest to National City Bank, and the same having been foreclosed, thereby foreclosing out all other liens, claims and interests subordinate thereto, in ad to the Vessel, be and hereby is confirmed.

DATED: February 16, 2017

By: _____
UNITED STATES DISTRICT JUDGE

---

[1] The original version of this Order [Docket 197], erroneously omitted the leading "R" on the Hull Number of the Vessel. This Order is otherwise substantively identical.