William J. Sexton (State Bar No. 164929)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard
12th Floor
Encino, California 91436
(818) 501-3800 phone
(818) 501-2985 fax

Refer to File Number: 4158-20093272/WS

Attorneys for Plaintiff
PNC BANK, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, N.A., a National Association, as successor in interest to National City Bank,<br><br>Plaintiff(s),<br><br>vs.<br><br>BELINDA L. SMITH, In Personam; JACOB WINDING, In Personam; B & B DREAMIN', Hull No. GMKD283C505, its engines, machinery, appurtenances, etc. In Rem,<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIMS | CASE NO.   10-CV-1916-JAM-EFB<br><br>IN ADMIRALTY<br><br>[~~Proposed~~] *jam*<br><br>ORDER DIRECTING ISSUANCE OF REVISED BILL OF SALE<br><br>John Mendez, United States District Judge |

1

**PLAINTIFF'S REQUEST TO CORRECT CLERICAL ERROR AND ISSUE REVISED BILL OF SALE**

## ORDER DIRECTING ISSUANCE OF REVISED BILL OF SALE

On October 27, 2016, this Court issued an Order approving the recommendations and directing that the Defendant Vessel B & B DREAMIN', Hull No. GMKD283C505, its engines, machinery, appurtenances, etc. In Rem ("the Vessel") be sold. [ECF 187.] A Writ of Venditoni Exponas thereafter issued [ECF 188], and the Vessel was in fact sold to a third-party buyer on November 16, 2016, following a duly-noticed auction conducted by the United States Marshal. An Order Confirming Sale was entered on December 14, 2016 [ECF 197], and a Judgment of Foreclosure was entered that same day. [ECF 198.]

That same day (December 14, 2016), the Department of Homeland Security, United States Coast Guard, issued a Bill of Sale with respect to the Vessel, reflecting sale of the Vessel to Global Capital Concepts, 3732 T. Street, Sacramento, CA, 95816 ("Buyer"). The Bill of Sale likewise recites the Hull No. GMKD283C505.

The Court has since been advised that the Hull No. recited in certain of its prior orders (Hull No. GMKD283C505) is erroneous. It appears to the Court's satisfaction that the correct Hull Number for the Vessel is Hull No. RGMKD283C505. The intention of the Court, as expressed in numerous prior Orders,[1] was that the Vessel be sold. The erroneous description of the Hull Number of the Vessel has since been corrected via Amended Orders entered this date.

Accordingly, the federal appropriate agencies, including the United States Marshal for the Eastern District of California, the Department of Homeland Security and/or the United States Coast Guard, are hereby ordered to issue a revised Bill of Sale with respect to the Vessel as to Buyer, reflecting the correct Hull No. RGMKD283C505.

DATED: February 16, 2017

By: _____
UNITED STATES DISTRICT JUDGE

---

[1] See, e.g., Magistrate's Recommendations re Summary Judgment [ECF 160]; Order Adoption Recommendations and Granting Summary Judgment [ECF 161]; Judgment [ECF 162]; Order Directing US Marshal to Sell Vessel [ECF 167]; Magistrate's Findings re Motion for Sale [ECF 186]; Order Adopting Magistrate's Recommendations [ECF 187]; Writ of Venditioni Exponas [ECF 188]; Order Confirming Sale Without Hearing [ECF 197]; Judgment of Foreclosure [ECF 198]; Order Directing Payment to PNC Bank [ECF 199].